Gary M. Klinger (IL Bar No. 6303726)
**MASON LIETZ & KLINGER LLP**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Phone: (202) 429-2290
Fax: (202) 429-2294
gklinger@masonllp.com

*Counsel for Plaintiff Denise Chechini
and the Proposed Class*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Denise Cechini, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff(s),<br>　v.<br><br>Dollardays International, Inc.,<br><br>　　　　　　Defendant. | Case No. 2:20-cv-00749-DLR<br><br>**NOTICE OF SETTLEMENT** |

　　　Plaintiff Denise Cechini, by and through her undersigned counsel, notifies this Court that the Parties have reached an agreement in principle to settle this matter. To that end, the Parties respectfully request that this Court (1) vacate all case deadlines, and (2) provide the Parties with fourteen (14) days to memorialize the terms of their settlement agreement and file a stipulated dismissal of the case.

//
//
//
//
//

Dated: August 7, 2020                     Respectfully submitted,

*/s/ Gary M. Klinger*
Gary M. Klinger
**MASON LIETZ & KLINGER LLP**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Phone: (202) 429-2290
Fax: (202) 429-2294
gklinger@masonllp.com

*Counsel for Plaintiff Denise Chechini and the Proposed Class*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was electronically filed on August 7, 2020, via the Court Clerk's CM/ECF system, which will provide notice to all counsel of record.

*/s/ Gary M. Klinger*
Gary M. Klinger